UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION CONFERENCE**

MULLIS

v                                                                Civil: C-01-713

HOME DEPO,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Courtroom Deputy D. Maury

Law Clerk: L. Ahern

-------------------------------------------------------------------------------------------------------------
**Appearances:** Jennifer Mullis (Pltf); H. Mullis (father of pltf); R. Freking & M. Clark for Pltf; C. DeWitt for Deft and Irvin Jensen (Rep) for Deft.

Case called for a Motion Conference. Conference held in Chambers. Motion to Enforce Settlement Agreement scheduled for a Evidentiary Hearing on 10/24/03 at 9:00 a.m.. Order to issue.

Date: Tuesday, September 9, 2003
TIME: 9:00 a.m. - 10:25 a.m.