IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER MULLIS,

    Plaintiff

v                              Civil: C-1-01-713

HOME DEPOT, USA INC.,

    Defendant

## ORDER

Pursuant to the record established at the Conference held on September 9, 2003, plaintiff shall advise the Court within ten (10) days as to whether substitute counsel has been retained.

Parties are hereby advised that the Motion to Enforce Settlement Agreement (#35) is SCHEDULED for an Evidentiary Hearing on Monday, October 27, 2003 at 9:00 a.m.

The Clerk of Court is hereby directed to serve a copy of this Order by certified mail to Plaintiff Jennifer Mullis.

**IT IS SO ORDERED.**

                                                 s/Herman J. Weber

                                          **Herman J. Weber, Senior Judge**
                                          **United States District Court**