**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jenifer Mullis
P O Box 31356
Cincinnati, OH 45231

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jenifer Mullis_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Jenifer Mullis

C. Date of Delivery
9-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7001 2510 0008 6347 8842

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835