```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

JENNIFER MULLIS,
               Plaintiff
    v.                                 C-1-01-713

HOME DEPOT U.S.A., INC.,
               Defendant

## ORDER

The above styled case is before the Court on the Motion for Leave to Withdraw as Counsel of Record filed by attorney Megan E. Clark.

Pursuant to the record established at the Conference held on September 9, 2003, the Motion is GRANTED.

As previously Ordered by the Court, plaintiff Jennifer Mullis shall notify the Court within ten (10) days as to whether substitute counsel has been retained.

The Clerk of Courts shall serve a copy of this Order to all counsel of record and to Plaintiff Jennifer Mullis at P.O. Box 31356, Cincinnati Ohio  45231.

**IT IS SO ORDERED.**

                                              **S/Herman J. Weber**

                                              _____
                                              Herman J. Weber, Senior Judge
                                              United States District Court