**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jennifer Mullis
   P O Box 31356
   Cincinnati, OH 45231

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Jennifer Mullis*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Jennifer Mullis
C. Date of Delivery: 9-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0008 6347 8828

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835