In behalf of Honorable Judge Weber
100 East Fifth Street # 801
Cincinnati, Ohio 45202

Case Number = C-1-01-713
Jennifer Mullis -v- Home Depot
Oct 20, 2003

FILED
KENNETH J. MURPHY
CLERK

03 OCT 20 PM 2:04

U.S. DISTRICT COURT
WESTERN DIST OHIO
CINCINNATI

I'm certifing my pleading to have an continuance for attaining a lawyer in my case. One firm was considering my case, even wanted me to send them my paperwork. When they had looked into the case further, through the web, they thought I was lying to them. Stating to me that my case had been settled. Please, could you give me the websit, and I think this is the case number to the case I've been provided with 2 case numbers and I'm still uncertain which one is correct.

I've contacted you many of times concering Dewit about my paperwork that Freking has Not cooperated with me, Keeping from me in my files. I Know for a fact, that they've retained evidence that I require to prove my case. How can I get a lawyer with out my proof? I've contacted some lawyers and they told me to get ALL my paperwork from their files. I recall you stated that it would be 3 to 4 months down the Road, if I needed a Continuance. I Need this time to find, the proper Representation for this case. Please send the Rescheduled date, at

(513) 351-0817, P.O. Box 31356 Cin, Ohio 45231.
Thank You!

Christ Servant
Sister Jennifer Mullis

I'm sendin a copy to
Home Depot's lawyers Dewitt
also.
 Dewitt, Balke + Vincent P.T.G
 200, Renaissance Center # 3110
 Detroit Michigan 48243