IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER MULLIS,

    Plaintiff

v                                      Civil: C-1-01-713

HOME DEPO,

    Defendant

**ORDER**

    The above styled case is before the Court on Plaintiff's Motion for Continuance (#49). The Court upon review of the record hereby GRANTS said Motion.

    Plaintiff shall notify the Court on or before January 9, 2004 as to whether she has retained counsel. The Evidentiary Hearing currently scheduled for October 27, 2003 is RESCHEDULED to Thursday, January 22, 2004 at 1:30 p.m.

    The parties are further advised that Trial in the above styled case is RESCHEDULED to the June 2004 trial term. Counsel shall file their Joint Pretrial Order on or before May 5, 2004.

    **IT IS SO ORDERED.**

                                        **s/Herman J. Weber**
                                        **Herman J. Weber, Senior Judge**
                                        **United States District Court**