IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MULLIS,

    Plaintiff

v                                                                     Civil: C-1-01-713

HOME DEPO,

    Defendant

**ORDER**

Pursuant to the request by counsel for the defense, the Evidentiary Hearing scheduled for January 22, 2004 is RESCHEDULED to Friday, February 20, 2004 at 1:30 p.m.

**IT IS SO ORDERED.**

                                                  **s/Herman J. Weber**
                                                  **Herman J. Weber, Senior Judge**
                                                  **United States District Court**