Case Name: Mullis vs. Home Depot USA. Inc.
Case Number: 1:01-CV-713
Feb-3-2004

## Motion to Extend:

I, Jennifer L. Mullis, Need a Motion to Extend, to find legal help for my case. The Evidentary Hearing scheduled for Feb. 20, 2004 at 1:30 p.m., to March 11, 2004 at 1:30 p.m. Certifation of Service. I hearby certify that a copy of this notice of filing of Motion to Extend by Certified mailed to (on 2-3-2004)

Charles C. DeWitt
DeWitt Balke + Vincent P.L.C.-1
200 Renaissance Center
Suite 3110
Detroit, MI 48243

Sincerly,
Jennifer L. Mullis

FILED
JAMES BONINI
CLERK
04 FEB -3 AM 10:04