IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER MULLIS,
        Plaintiff

v.                              Civil C-1-01-713

HOME DEPOT,

        Defendant.

## ORDER

The above styled case is before the Court on Plaintiff's Motion to Extend (#52).

The Court after review of the record GRANTS Plaintiff's Motion (#52). The Evidentiary Hearing in the above styled case is RESCHEDULED to Thursday, April 15, 2004 at 1:30 p.m.

Plaintiff is advised that this Court will not entertain additional request for a Continuance and that failure to appear at the above scheduled hearing may result in dismissal of this action.

The Clerk of Courts shall send a copy of this Order to Plaintiff, Jennifer Mullis by certified mail.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court