**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: **Jennifer Mullis**
Street, Apt. No.; or PO Box No.: **P O Box 31356**
City, State, ZIP+4: **Cincinnati, OH 45231**

PS Form 3800, June 2002 — See Reverse for Instructions

7003 0500 0002 0889 9605

7003 0500 0002 0889 9605

**CERTIFIED MAIL™**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7003 0500 0002 0889 9605