| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jennifer L. Mullis* | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>Jennifer Mullis | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jennifer Mullis<br>P O Box 31356<br>Cincinnati, OH 45231 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[Postmark: MT HEALTHY BR CIN... FEB 9 2004 USPS] | |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0002 0889 9605 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |