4-15-04
C-1-01-713

In The United States District Court for
The Southern District of Ohio
Western Division

Honorable Herman J Weber

Jennifer L. Mullis,
  Plaintiff

vs

Home Depot
  Defendant

Motion for Extension of Time = Continuousence

FILED
JAMES BONINI
CLERK
04 APR 15 PM 12:36

Plaintiff, Jennifer L. Mullis hereby moves for an Emergency Temporary Continuousence from April 15, 04 1:30 to April 22, 2004, Thursday at 1:30 to obtained legal Counsel. Thank You!

Respectfully Submitted,
Jennifer Mullis

Certificate of Service,

The undersigned hereby certifies of the foregoing on ~~all Counsel of Recor~~ Charles C. Dewitt Jr. + Donald James Mooney, Jr.

Jennifer Mullis
April 15, 2004