UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - MOTION HEARING**

JENNIFER MULLIS
   -vs-                                                                                  CASE NO. C-1-01-713
HOME DEPOT USA, INC.

---

Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>

Law Clerk <u>Sue Ferrell</u>

Court Reporter <u>Julie A. Wolfer (Official)</u>

Courtroom Deputy <u>Betsi Brockmeier</u>

DATE: Thursday, April 15, 2004
TIME:  1:30 p.m. - 2:40 p.m.

**PRESENT:**

For Plaintiff: Jennifer Mullis pro se
For Defendant: Charles C. DeWitt, Jr. and Donald J. Mooney, Jr.

**DOCKET ENTRY:**

Case called before J. Weber for **EVIDENTIARY HEARING.** Plaintiff's Motion for Extension of Time to Obtain Lawyer is **GRANTED.** Matter continued to **THURSDAY, APRIL 22, 2004 AT 1:30 P.M. Order to issue.**


**J:\DOCUMENT\KAREN\CIVIL\HEARINGS\01-713.wpd**