SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jennifer Mullis
POB 31354
Cin Oh
45231

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Jennifer Mullis
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 4-29-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7001 2510 0008 6348 8193

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540