UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES - MOTION HEARING

JENNIFER MULLIS
  -vs-                                    CASE NO. C-1-01-713
HOME DEPOT USA, INC.

-----

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Sue Ferrell

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

DATE: Thursday, April 22, 2004
TIME: 1:30 p.m. - 5:15 p.m.

PRESENT:

For Plaintiff: Jennifer Mullis pro se
For Defendant: Charles C. DeWitt, Jr. and Jacqueline S. Hobbs

DOCKET ENTRY:

Case called before J. Weber for EVIDENTIARY HEARING. Testimony of witnesses; presentation of evidence. Settlement discussions. Case settled. Order to issue.

WITNESSES:     Michael W. Hawkins
                       Megan Clark

J:\DOCUMENT\KAREN\CIVIL\HEARINGS\01-713.wpd