AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JENNIFER MULLIS,
　　　　　Plaintiff

v.

HOME DEPOT USA, INC.
　　　　　Defendant

EXHIBIT LIST - DEFENSE

CASE NO. C-1- 01-713

**Presiding Judge**
Herman J. Weber, Senior Judge

**Plaintiff Attorney**

**Defendant Attorney**
CHARLES C. DEWITT

**Hearing Dates**

**Court Reporter**
Julie A. Wolfer

**Courtroom Clerk**
Betsi Brockmeier

| Pltf. No. | Deft. No. | Date Used | Date Offered | Obj. | Adm. | Description of Exhibit |
|---|---|---|---|---|---|---|
|  | 1 | 4/22 | 4/22 |  | X | M. HAWKINS' WEB-MEDIATION RESUMES |
|  | 2 | 4/22 | 4/22 |  | X | M. HAWKINS 5/5 LTR. TO CLARK & DEWITT |
|  | 3 | 4/22 | 4/22 |  | X | MEDIATION INFORMATION TO PARTICIPANTS |
|  | 4 | 4/22 | 4/22 |  | X | 6/5/03 SETTLEMENT AGREEMENT/RELEASE |
|  | 5 | 4/22 | 4/22 |  | X | MEDIATOR'S CHECKLIST |
|  | 6 | 4/22 | 4/22 |  | X | 6/5/03 E-MAIL TO MS. CLARK |
|  | 7 | 4/22 | 4/22 |  | X | TT 6/5/03 LTR. TO M. CLARK |
|  | 8 | 4/22 | 4/22 |  | X | FREKING LTR. OF 9/9 TO TT |