AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JENNIFER MULLIS
_____,
                    Plaintiff

v.

HOME DEPOT USA, INC.
_____
                    Defendant

WITNESS LIST – DEFENDANT

CASE NO. C-1- 01-713

| Presiding Judge | Plaintiff Attorney | Defendant Attorney |
|---|---|---|
| Herman J. Weber, Senior Judge | | |
| Hearing Dates | Court Reporter | Courtroom Clerk |
| | Julie A. Woler | Betsi Brockmeier |

| Pltf. | Def. | Date Offered | Description of Witness |
|---|---|---|---|
| | X | 4/22 | MICHAEL W. HAWKINS |
| | X | 4/22 | MEGAN CLARK |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |