UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER MULLIS,

    Plaintiff

    v.                                     C-1-01-713

HOME DEPOT USA, INC.,

    Defendant

## ORDER OF DISMISSAL

Pursuant to the record at the hearing held before this Court April 22, 2004;

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated. All motions pending before this Court are hereby rendered **MOOT** and are **DENIED**.

**IT IS SO ORDERED.**

                                                  s/Herman J. Weber
                                       Herman J. Weber, Senior Judge
                                        United States District Court

J:\MAURYDH\01-713.b.wpd